UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MELVIN L. KNUTSON,<br><br>                Defendant. | Case No. MJ25-086<br><br>DETENTION ORDER |

Defendant Melvin L. Knutson is charged with receipt and distribution of child pornography, 18 U.S.C. § 2252(a)(2), (b)(1); and possession of child pornography, 18 U.S.C. § 2252(a)(4)(B), (b)(2). The Court held a detention hearing on February 25, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Knutson is charged with a crime that involves a minor victim.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Knutson as required and the safety of the community.

4. Mr. Knutson stipulated to detention.

5. Upon advice of counsel, Mr. Knutson declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him/her.

6. Mr. Knutson poses a risk of nonappearance because he was not interviewed so his background and ties to this district are unknown. Mr. Knutson poses a risk of danger due to the nature of the instant offense and his criminal history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Knutson's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Knutson shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Knutson shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Knutson

DETENTION ORDER - 2

1         is confined shall deliver Mr. Knutson to a United States Marshal for the purpose

2         of an appearance in connection with a court proceeding; and

3   (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

4         counsel for Mr. Knutson, to the United States Marshal, and to the United States

5         Pretrial Services Officer.

6  Dated this 25th day of February, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3